# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| **GLORIA FRIC, Individually and as Administrator of the Estate of David Fric, Deceased,** <br><br> Plaintiff, <br><br> v. <br><br> **ALLSTATE LIFE INSURANCE COMPANY,** <br><br> Defendant. | **Civil Action No. 6:21-cv-00042** <br><br> State Court Cause No. 21-07-87468-D <br> District Court of Victoria County, Texas <br> 377th Judicial District |

## NOTICE OF REMOVAL

Defendant Allstate Life Insurance Company ("Allstate") hereby files this Notice of Removal of this case from the District Court of Victoria County, Texas, 377th Judicial District, where it is currently pending as Case No. 21-07-87468-D, to the United States District Court for the Southern District of Texas, Victoria Division. This cause is removable pursuant to 28 U.S.C. §§ 1332, 1441 because there is complete diversity of citizenship between Plaintiff and Allstate, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. In support of its Notice of Removal, Allstate respectfully shows the Court as follows:

1. Plaintiff Gloria Fric, Individually and as Administrator of the Estate of David Fric, Deceased ("Plaintiff") instituted this civil action in the District Court of Victoria County, Texas, 377th Judicial District on July 15, 2021. Attached hereto are copies of the following documents required under Local Rule 81:

    a. Executed Process on Allstate on July 27, 2021 (**Exhibit A**)

    b. Plaintiff's Original Petition (**Exhibit B**)

1

    c.    Citation (**Exhibit C**)

    d.    Docket Sheet (**Exhibit D**)

Counsel for Allstate hereby verifies Exhibits A through D are true and complete copies of the documents required under Local Rule 81.

2.    The following is an index of matters being filed with this Notice of Removal:

    a.    Executed Process on Allstate on July 27, 2021 (**Exhibit A**)

    b.    Plaintiff's Original Petition (**Exhibit B**)

    c.    Citation (**Exhibit C**)

    d.    Docket Sheet (**Exhibit D**)

    e.    Declaration of Daniel G. Gordon (**Exhibit E**)

3.    The following is a list of all counsel of record:

| **Counsel for Plaintiff:** | **Counsel for Allstate:** |
|---|---|
| Jim Cole, Esq.<br>COLE, COLE, EASLEY & SCIBA, P.C.<br>302 West Forrest Street<br>Victoria, TX 77901<br>Tel.: (361) 575-0551<br>Fax: (361) 575-0986 | Donald R. Littlefield, Esq.<br>Susan A. Logsdon, Esq.<br>BRESSLER, AMERY & ROSS, P.C.<br>3700 Buffalo Speedway, Suite 1020<br>Houston, TX 77098<br>Tel.: 713.403.6400<br>Fax: 713-403-6410 |

4.    This action could have been originally filed in this Court pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Allstate, and the amount in controversy exceeds the $75,000 jurisdictional minimum.

5.    Allstate was served with the Summons and Complaint by certified mail on July 27, 2021. *See* Exh. D. Therefore, this Removal is timely pursuant to Fed. R. Civ. P. 6(a) and 28 U.S.C. § 1446(b)(1).

6. The United States District Court for the Southern District of Texas, Victoria Division is the federal district and division embracing the District Court of Victoria County, Texas, 377th Judicial District, where this suit was originally filed. Venue is therefore proper in this Court pursuant to 28 U.S.C. §§ 124(b)(5) and 1441(a).

## DIVERSITY OF CITIZENSHIP

7. Plaintiff is a citizen and resident of the State of Texas. *See* Exh. B at 1.

8. Allstate is a life insurance company organized under the laws of the State of Illinois and maintains its principal place of business in Northbrook, Illinois. *See* Exh. E at ¶ 2. Allstate is not now, and was not at the time of the filing of the Complaint, a citizen of the State of Texas within the meaning of the Acts of Congress relating to the removal of cases.

9. Thus, the complete diversity of citizenship requirement for removal is satisfied.

## AMOUNT IN CONTROVERSY

10. Plaintiffs' Original Petition relates to a $200,000 life insurance policy. *See* Exh. B at 2; *see also* 28 U.S.C. § 1446(c)(2) ("If removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy[.]"

11. Therefore, the amount in controversy exceeds the jurisdictional minimum of $75,000.

## MISCELLANEOUS

12. A copy of this Notice of Removal is being filed with the District Court of Victoria County, Texas, 377th Judicial District, as provided by law, and written notice is being sent to Plaintiff's counsel.

13. Allstate has not previously sought similar relief with respect to this matter.

14. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

15. The allegations of the Notice of Removal are true and correct and within the jurisdiction of the United States District Court for the Southern District of Texas, Victoria Division, and this cause is removable to the United States District Court for the Southern District of Texas, Victoria Division.

16. If any question arises as to the propriety of the removal of this action, Allstate respectfully requests the opportunity to present a brief and oral argument in support of its position.

WHEREFORE, ALL PREMISES CONSIDERED, Defendant Allstate Life Insurance Company, by counsel, desiring to remove this civil action to the United States District Court for the Southern District of Texas, Victoria Division, being the district for the county in which such civil action is pending, prays that the filing of the Notice of Removal, the service of written notice thereof on Plaintiff's counsel, and the filing of a copy of this Notice of Removal with the Clerk for the District Court of Victoria County, Texas, 377th Judicial District shall effect the removal of said civil action to this Honorable Court.

Dated: August 20, 2021

Respectfully Submitted,

*s/ Susan A. Logsdon*
Donald R. Littlefield, Esq.
Texas Bar No. 12427350
Susan A. Logsdon, Esq.
Texas Bar No. 00999300
BRESSLER, AMERY & ROSS, P.C.
3700 Buffalo Speedway, Suite 1020
Houston, TX 77098
Tel.: 713-403-6400
Fax: 713-403-6410
Email: dlittlefield@bressler.com
slogsdon@bressler.com

and

David P. Donahue (*pro hac vice* to be filed)
Louis F. Mendez (*pro hac vice* to be filed)
BRESSLER, AMERY & ROSS, P.C.
2001 Park Place, Suite 1500
Birmingham, AL 35203
Telephone: (205) 719 0400
Email: ddonahue@bressler.com
lmendez@bressler.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by email and U.S. mail first class on August 20, 2021 on the following:

Jim Cole, Esq.
COLE, COLE, EASLEY & SCIBA, P.C.
302 West Forrest Street
Victoria, TX 77901
Tel.: (361) 575-0551
jcole@colefirmservice.com

*Attorneys for Plaintiff*

*s/ Susan A. Logsdon*
OF COUNSEL