UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| GLORIA FRIC,<br>    Plaintiff | §<br>§<br>§<br>§ | CIVIL NO. 6:21-CV-00042<br>(JURY DEMANDED) |
| VS. | §<br>§ | |
| ALLSTATE LIFE INSURANCE<br>COMPANY,<br>    Defendant | §<br>§<br>§ | |

## PLAINTIFF'S EXHIBIT LIST

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff, Gloria Fric, and makes and files Plaintiff's Exhibit List. In addition to the exhibits identified on this list, Plaintiffs reserve the right to utilize Defendant's exhibits.

| Ex. No. | Exhibit Description | Ofr | Ob | Adm. | Date N/Adm. |
|---|---|---|---|---|---|
| 1 | Allstate Life Insurance Company Policy (Allstate/Fric 352-478) | | | | |
| 2 | Agreement For One-Time And Recurring Electronic Fund Transfers (Allstate/Fric 281-281) | | | | |
| 3 | Allstate Life Insurance Company's Letter Denying Claim (Fric-000001) | | | | |
| 4 | Fric's Bank Statements (Fric – 000143-000438) | | | | |
| 5 | Billing Records (to be supplemented) | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |

Respectfully submitted,

COLE, COLE, EASLEY & SCIBA, P.C.
302 W. Forrest
Victoria, Texas 77901
(361) 575-0551 - Telephone
Email: jcole@colefirmservice.com

BY: */S/ Jim Cole*
_____
JIM COLE
State Bar No. 04538500
Federal Bar No. 5883
Samuel Cole
State Bar No.: 24099154
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing instrument was mailed or delivered to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure on this the 29th day of September 2022.