UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| GLORIA FRIC,  Plaintiff | § § § § | |
| | § | CIVIL NO. 6:21-CV-00042 |
| | § | (JURY DEMANDED) |
| VS. | § § | |
| ALLSTATE LIFE INSURANCE COMPANY,  Defendant | § § § § | |

**<u>PLAINTIFF'S MOTION IN LIMINE</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

After considering Plaintiff's Motion In Limine, the Court orders Defendant, counsel for Defendant, and all witnesses called on behalf of Defendant to refrain from any mention or interrogation, directly or indirectly, including offering documentary evidence, about any of the following matters, including the filing of this motion, without first requesting and obtaining a ruling from the court outside the presence and hearing of all prospective jurors and jurors ultimately selected in this case:

I.

The following matters would not be admissible for any purpose in this cause:

1.   That Plaintiff or David Fric have been found guilty of any misconduct or criminal activity. Plaintiff would show that in fact neither Plaintiff nor David Fric have been convicted of a crime in the past ten years and that any such conviction is too remote to have any relevance in this case. FED. R. EVID. 401-404, 608, 609.

_____      _____      _____
AGREED              GRANTED              DENIED

2. That Plaintiff or David Fric have been accused of any misconduct or criminal activity for which he has not been convicted. Plaintiff would show that any such evidence would not be admissible for any purpose. FED. R. EVID. 401-404, 608, 609.

_____          _____          _____
AGREED                GRANTED               DENIED

3. That Plaintiff has received, has been entitled to receive, will receive, or will become entitled to receive, benefits of any kind or character from a collateral source.

_____          _____          _____
AGREED                GRANTED               DENIED

4. That Plaintiff has had unrelated, prior or subsequent claims, suits or settlements, or the amounts thereof. FED. R. EVID. 402-403.

_____          _____          _____
AGREED                GRANTED               DENIED

5. Any reference to any of the parties having made or proposed any settlement or compromise with any party to this suit. FED. R. EVID. 408.

_____          _____          _____
AGREED                GRANTED               DENIED

6. That Defendant and counsel for Defendant be instructed not to make demands or requests before the jury for matters contained in Plaintiff's file. FED. R. EVID. 401-403.

_____          _____          _____
AGREED                GRANTED               DENIED

7. Any evidence Defendant did not produce in discovery. Defendant should not be permitted to present any witness they did not name in their Interrogatories, or any evidence they failed to produce in response to any discovery. FED. R. CIV. P. 37(D).

_____      _____      _____
AGREED            GRANTED            DENIED

8. Any mention of the probable testimony of a witness who is absent, unavailable, not called to testify in this cause, or not allowed, in any manner, to testify in this cause.

_____      _____      _____
AGREED            GRANTED            DENIED

9. Any mention that Plaintiff's recovery will not be subject to taxation. FED. R. EVID. 401-403.

_____      _____      _____
AGREED            GRANTED            DENIED

10. Any reference to this Motion or the Court's rulings hereon.

_____   _____   _____
AGREED          GRANTED         DENIED

SIGNED AND ENTERED this _____ day of _____, 2022.

_____
JUDGE PRESIDING

Respectfully submitted,

COLE, COLE, EASLEY & SCIBA, P.C.
302 W. Forrest
Victoria, Texas 77901
(361) 575-0551 - Telephone
Email: jcole@colefirmservice.com

       /S/ Jim Cole
BY:_____
       JIM COLE
       State Bar No. 04538500
       Federal Bar No. 5883
       Samuel Cole
       State Bar No.: 24099154
       **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

By my signature above, I certify that a true and correct copy of the foregoing instrument was delivered to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure on this the 29th day of September 2022.