UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| GLORIA FRIC, § | |
|    Plaintiff § | |
| § | CIVIL NO. 6:21-CV-00042 |
| § | (JURY DEMANDED) |
| VS. § | |
| § | |
| ALLSTATE LIFE INSURANCE § | |
| COMPANY, § | |
|    Defendant § | |

**PLAINTIFF'S PROPOSED**
**JURY QUESTIONNAIRE (VOIR DIRE)**

NOW COMES, Plaintiff, Gloria Fric, and makes and files this Plaintiff's Proposed Jury Questionnaire (Voir Dire) in the above numbered and styled cause.

Respectfully submitted,

COLE, COLE, EASLEY & SCIBA, P.C.
302 W. Forrest
Victoria, Texas 77901
(361) 575-0551 - Telephone
Email: jcole@colefirmservice.com

      */S/ Jim Cole*
BY:_____
      JIM COLE
      State Bar No. 04538500
      Federal Bar No. 5883
      Samuel Cole
      State Bar No.: 24099154
      **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

By my signature above, I certify that a true and correct copy of the foregoing instrument was mailed or delivered to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure on this the 29th day of September 2022.

## PROPOSED JURY QUESTIONNAIRE (VOIR DIRE)

1. Do you or anyone close to you have any employment, education, training, policy development, volunteer experience, or other experience in the following areas? (Check Yes or No for each)

|   |   | Yes | No |
|---|---|---|---|
| a | Evaluation, review, or investigation of claims | | |
| b | Investigation of people | | |
| c | Law enforcement or investigation | | |
| d | Journalism, media | | |
| e | Law or the legal system | | |
| f | Ministry, theology or religious order | | |
| g | The court system | | |
| h | Attorney law firm or law office | | |

(a.) If yes to any of the above categories, please describe.

_____

_____

_____

2. Do you know anyone who works for a lawyer, law firm or court? _____ Yes _____ No

a. If yes, please explain. _____

_____

_____

3. Have you ever made an insurance claim?         _____ Yes    _____ No

a. If yes, how many? _____

b. For each claim, please describe the circumstances.

_____

_____

_____

4#

#

4. What is your marital status: (check all that apply)

　　　_____　Single and never married
　　　_____　Living with non-marital partner for ___ years
　　　_____　Married: How long?  ___ years
　　　_____　Divorced, but married in the past for ___ years
　　　_____　Widowed, but married in the past for ___ years
　　　_____　Separated
　Other:_____

If you are separated, divorced or widowed, please complete the following questions regarding your former spouse or partner.  If you are currently married, please complete information regarding your current spouse.

5. Spouse or partner's employment status:
　　　____ Employed full time　　　____ Unemployed
　　　____ Employed part time　　　____ Retired
　　　____ Homemaker　　　　　　____ Disabled
　　　____ Student　　　　　　　　____ Other

What is or was the occupation of your spouse or partner and who is or was their employer?
_____

6. Please describe what they do or did at their job and any other jobs or work they have done in the past ten years.
_____

_____

7. Do you have children or stepchildren?　　_____ Yes　_____ No

a. If yes, please list:

| Gender | Age | Does child live with you? Yes　　No | Education | Occupation |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

What are/were your parents' current or most recent occupations and employers before retirement or death?

8. Mother's occupation: _____

9. Father's occupation: _____

10. Step-Mother's occupation: _____

11. Step-Father's occupation: _____

12. Does any **adult** other than you or your spouse live in your household? _____ Yes _____ No

 (a.) If yes, please state their relationship to you and their occupation. _____
_____

13. What was your major and/or minor area of study in school? _____
_____
_____

14. What special training, experience, knowledge or skills do you have, including those acquired on-the-job?
_____
_____

15. Do you plan to attend school?  _____  Yes  _____  No

 (a.) If yes, what will you study?
 _____

16. What, if any, is your religious preference? _____

17. What offices, if any, have you held with your religious congregation? _____
_____
_____

#

18. Have you ever served as a juror before?        _____   Yes   _____   No

(a.) If yes, please complete for each case on which you served.

| Civil or Criminal | Charges/Allegations | Year | Did the jury reach a verdict? (Yes or No) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

19. How would you describe your overall experience as a juror?
_____
_____

20. In a legal matter, have you or anyone close to you ever: (check all that apply)

_____sued?        _____been sued?        _____been a witness in a lawsuit?

(a.) If so, who and when?_____

(b.) What was the nature of the case?_____

(c.) Where was the court in which the case was heard?_____

(d.) Did the case go to trial?        _____   Yes   _____   No

(e.) Was a verdict reached?        _____   Yes   _____   No

(f.) Were you satisfied with the result?   _____   Yes   _____   No

(g.) List the attorneys in the matter and who they represented:
_____
_____

21. Have you ever used the services of a lawyer for any reason, other than divorce?
____ Yes ____ No

(a.) If yes, what were the circumstances? _____

_____

22. Do you know any attorneys or judges?        _____   Yes   _____   No
(a.) If yes, please identify who they are and your relationship to them: _____
_____

23. Do you follow state and local politics? (Candidates, issues, trends)    _____ Yes _____ No

7#

#

24. What political issues have you been most concerned with over the last 10 years?
_____
_____
_____

25. Do you have any military experience?     _____ Yes   _____ No

If yes, please explain the branch of service. _____

26. Have you or any close relatives or friends ever sought or held any political office?
    ___ Yes   ___ No

   If Yes, Who, and Which office? _____
   _____

27. Have you ever voted for or against a politician based on his/her views or policies towards the civil justice system?     _____ Yes   _____ No

   Please explain: _____
   _____

28. Which political party to you most closely identify with?
   _____

29. What local or regional newspapers do you read?
   _____

30. How often do you read them?
   _____ Every day    _____ Weekly    _____ Monthly    _____ Quarterly or less
   _____ Seldom

(a.) What portions do you read?  (i.e. front page, metro, sports, editorials, crime stories, etc.)
   _____
   _____

31. What newspapers, magazines, and journals do you read regularly? _____
   _____

8#

#

32. Have you or any members of your family or close friends ever owned or operated your own business?

    _____ Yes    _____ No

If yes, please explain: _____

_____

_____

33. What are your hobbies, favorite recreations, or pastimes? _____

_____

_____

34. Please list 3 people you admire the most:

    a. _____
    b. _____
    c. _____

35. Please list 3 people you admire the least:

    a. _____
    b. _____
    c. _____

**For the following entities, please indicate how you feel about them. Use a scale, from 1 to 7, where 1 is "feel extremely negative" and 7 is "feel extremely positive" and you may use any number in between as well. If you have not heard of the entity, write "N/A.".**

36. Personal injury lawyers?

    Extremely Negative   1   2   3   4   5   6   7   Extremely Positive

37. Large American companies, in general?

    Extremely Negative   1   2   3   4   5   6   7   Extremely Positive

38. People file lawsuits as a way to blame others for the bad things that inevitably happen in life. (Check one)

    _____1. Agree
    _____2. Disagree
    _____3. Don't know

39. People take too little responsibility for their own actions these days. (Check one)

    _____1. Agree
    _____2. Disagree
    _____3. Don't know

40. Sometimes lawyers file lawsuits in an attempt to take unfair advantage of wealthy corporations. (Check one)

    _____1. Agree
    _____2. Disagree
    _____3. Don't know

**How much do you disagree or agree with the following opinions?  Circle a number between 1 and 7, where 1 is "Disagree strongly" and 7 is "Agree strongly," and you may use any number in between as well.**

41. People often target large corporations for million dollar lawsuits because corporations have lots of money, not because they have done anything wrong.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

42. Most lawsuits are frivolous.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

43. There are too many lawsuits.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

44. Lawsuits are costing us all too much money.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

The following are types of damages that people can seek money for in a lawsuit.  If there was evidence for it, would you be willing to award money for:

45.   Attorneys' fees?                          \_\_\_\_\_Yes    \_\_\_\_\_No

46.   Punitive damages?                         \_\_\_\_\_Yes    \_\_\_\_\_No

:#

#

47. If "No" to any of the above, please explain why not.

_____
_____

48. What are your feelings or opinions about people who bring personal injury lawsuits?

_____
_____

49. Do you or any members of your immediate family have any strong opinions about lawsuits?

　　　_____Yes　　_____No

If yes, please explain: _____
_____

50. Do you have personal or family responsibilities (such as full-time care of a young child or of an ill or elderly person) that would interfere with your service as a juror?

　　　_____Yes　　_____No

If yes, please explain: _____
_____

51. Other reasons why you could <u>not</u> serve: _____

52. After completing this questionnaire, is there any reason at all (for example, religious, political or personal) that would make it difficult for you to be a fair and impartial juror in this case?
　　　_____Yes _____ No

　　(a.) If yes, please explain:
_____
_____

Is there anything else the Court should know that might affect your ability to serve as a juror (e.g., abuse, emotional difficulties, concerns about the case subject, etc.)? If there is something that you would rather discuss in <u>private</u> with the Court, please indicate below:
_____
_____

; #

\#

53. Would you like to serve as juror in this case?    _____ Yes    _____ No

Please explain your answer:
_____
_____

54. Is there anything additional you feel is important for the Court to know about you?

    Yes_____ No_____

    (a.) If yes, please explain:
_____
_____

55. Any comments you wish to make?
_____
_____
_____

56. Is there anything else about you, or any other life experiences you've had that you think the lawyers or the Court should know about as it pertains to your possible service as a juror in this case?  Please explain below.
_____
_____
_____

**More case specific questions**

57. Do you, any close friends, or any members of your family know or have any association with any of the following? (Please review the list below and then check yes or no.)

| Law Firm or Attorney | Don't Know | Know (Explain how you know them) |
|---|---|---|
| Cole, Cole, Easley & Sciba, P. C. | | |
| Jim Cole | | |
| Sam Cole | | |
| Will Sciba | | |
| Bressler, Amery & Ross, P.C. | | |
| David Donahue | | |
| Louis Mendez | | |
| Donald Littlefield | | |
| Susan Logsdon | | |

32#

#

| Prospective Witness | Don't Know | Know (Explain how you know them) |
|---|---|---|
| Gloria Fric | | |
| Roland Grote | | |
| Janet Dever | | |
| Eugene Sanford | | |

**Attorney Voir Dire Plaintiff**

58. What makes you good at your job?

59. Is anyone here involved in overseeing insurance claims?

60. Have you, or has anyone close to you, ever had any experience making an insurance claim with Allstate? If yes, what was that experience like?

**Lawsuits / Damages**

61. Some people think that when an individual sues, often that person is just trying to get some easy money. Who agrees with that statement?

    - Tell me more. Why do you think that?
    - How would you judge a true lawsuit from an "easy money" lawsuit?

62. In this case, my client, Gloria Fric is suing Allstate Life Insurance Company, for failing to pay on a life insurance policy after her husband died. The law allows Mrs. Fric to sue Alllstate Life Insurance Company. – Does anyone have any concern about this lawsuit? Please explain.

63. We intend to prove to you that the fair and reasonable amount of damages in this case is $_____. That is a lot of money. Who thinks that sounds like too much?

**Conclusion**

64. Anything we did not cover that you think is relevant to this case?

33#

#