UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| GLORIA FRIC,  §<br>    Plaintiff  §<br>  §<br>  §<br>VS.  §<br>  §<br>ALLSTATE LIFE INSURANCE  §<br>COMPANY,  §<br>    Defendant  §  | CIVIL NO. 6:21-CV-00042<br>(JURY DEMANDED) |

## PLAINTIFF'S TRIAL WITNESS LIST

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Jose Lozano, Plaintiff, in the above styled and numbered cause, and files this his Trial Witness List and designates the following as his trial witnesses:

1) Gloria Fric, Plaintiff
   c/o Jim Cole
   Cole, Cole, Easley & Sciba, P. C.
   302 W. Forrest
   Victoria, Texas 77901
   361-575-0551
   Gloria Fric has knowledge regarding liability facts made the basis of this lawsuit. Jose Lozano also has knowledge regarding the damages Plaintiff sustained as a result of the incident made the basis of this suit.

2) Roland Grote
   Allstate Insurance
   4702 N. Laurent St., Suite A
   Victoria, Texas 77904
   361-573-9135
   Roland Grote was the Allstate Insurance agent that handled the Fric's insurance. He has knowledge of liability facts and damages.

3) Jim Cole
   Sam Cole
   Will Sciba
   Cole, Cole, Easley & Sciba, P. C.
   302 W. Forrest
   Victoria, Texas 77901
   361-575-0551

Jim Cole, Sam Cole and Will Sciba are Plaintiff's attorneys who will testify regarding attorney's fees.

If other witnesses to be called at the trial become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses.

Respectfully submitted,

COLE, COLE, EASLEY & SCIBA, P.C.
302 W. Forrest
Victoria, Texas 77901
(361) 575-0551 - Telephone
Email: jcole@colefirmservice.com

BY: */S/ Jim Cole*
_____
JIM COLE
State Bar No. 04538500
Federal Bar No. 5883
Samuel Cole
State Bar No.: 24099154
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing instrument was mailed or delivered to all counsel of record in accordance with the applicable Federal Rules of Civil Procedure on this the 29th day of September 2022.