UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| GLORIA FRIC, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § § | Civil Case No. 6:21-CV-42 |
| ALLSTATE LIFE INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## TRIAL EXHIBIT LIST OF DEFENDANT

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | February 17, 1987 Allstate Policy Number 785724831 issued to David Joe Fric<br><br>(Fric 11 to 38) | X | | | |
| 2 | November 20, 2020 Allstate Premium History for Policy<br><br>(Fric 2 to 10) | X | | | |
| 3 | February 17, 2003 Allstate Universal Life Annual Report<br><br>(Allstate 360 to 364) | X | | | |
| 4 | February 17, 2004 Allstate Universal Life Annual Report<br><br>(Allstate 353 to 359) | X | | | |
| 5 | February 17, 2005 Allstate Universal Life Annual Report<br><br>(Allstate 366 to 370) | X | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 6 | February 17, 2006 Allstate Universal Life Annual Report (Allstate 372 to 376) | X | | | |
| 7 | February 17, 2007 Allstate Universal Life Annual Report (Allstate 378 to 382) | X | | | |
| 8 | February 19, 2008 Allstate Universal Life Annual Report (Allstate 390 to 394) | X | | | |
| 9 | February 17, 2009 Allstate Universal Life Annual Report (Allstate 384 to 388) | X | | | |
| 10 | August 17, 2009 Grace Period Notice Letter from Allstate to David Joe Fric (Allstate 395 to 396) | X | | | |
| 11 | February 17, 2010 Allstate Universal Life Annual Report (Allstate 398 to 402) | X | | | |
| 12 | February 17, 2011 Allstate Universal Life Annual Report (Allstate 406 to 412) | X | | | |
| 13 | February 17, 2012 Allstate Universal Life Annual Report (Allstate 414 to 420) | X | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 14 | February 17, 2012 Grace Period Notice Letter from Allstate to David Joe Fric<br><br>(Allstate 403 to 404) | X | | | |
| 15 | February 18, 2013 Allstate Universal Life Annual Report<br><br>(Allstate 422 to 428) | X | | | |
| 16 | April 17, 2013 Grace Period Notice Letter from Allstate to David Joe Fric<br><br>(Allstate 437 to 438) | X | | | |
| 17 | February 17, 2014 Allstate Universal Life Annual Report<br><br>(Fric 100 to 106) | X | | | |
| 18 | February 17, 2015 Allstate Universal Life Annual Report<br><br>(Fric 107 to 114) | X | | | |
| 19 | January 26, 2016 Check from Gloria J. Fric to Allstate and Attached Grace Period Notice Letter<br><br>(Allstate 16 to 20) | X | | | |
| 20 | February 17, 2016 Allstate Universal Life Annual Report<br><br>(Fric 115 to 121) | X | | | |
| 21 | March 18, 2016 Grace Period Notice Letter from Allstate to David Joe Fric<br><br>(Fric 67 to 68) | X | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 22 | April 4, 2016 Check from Gloria J. Fric to Allstate and Attached Grace Period Notice Letter<br><br>(Allstate 21 to 25) | X | | | |
| 23 | February 17, 2017 Allstate Universal Life Annual Report<br><br>(Fric 122 to 128) | X | | | |
| 24 | July 17, 2017 EFT Authorization<br><br>(Allstate 14 to 15) | X | | | |
| 25 | July 18, 2017 Grace Period Notice Letter from Allstate to David Joe Fric<br><br>(Fric 097 to 098) | X | | | |
| 26 | August 2, 2017 Letter from Allstate to David Joe Fric Regarding EFT Authorization<br><br>(Allstate 067) | X | | | |
| 27 | August 5, 2017 Letter from Allstate to David Joe Fric Regarding EFT Authorization<br><br>(Fric 99) | X | | | |
| 28 | February 17, 2018 Allstate Universal Life Annual Report<br><br>(Fric 129 to 135) | X | | | |
| 29 | February 18, 2019 Allstate Universal Life Annual Report<br><br>(Fric 136 to 142) | X | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 30 | October 18, 2019 Grace Period Notice Letter from Allstate to David Joe Fric<br><br>(Fric 39 to 40) | X | | | |
| 31 | December 17, 2019 Policy Lapse Letter from Allstate to David Joe Fric<br><br>(Fric 41 to 64) | X | | | |
| 32 | October 26, 2020 Letter from Plaintiff's Counsel to Allstate<br><br>(Allstate 75 to 76) | X | | | |
| 33 | January 26, 2021 Letter from Plaintiff's Counsel to Allstate<br><br>(Allstate 150) | X | | | |
| 34 | December 2016 to December 2019 Bank of America Account Statements for David J or Gloria J Fric Account Ending in 8878<br><br>(Fric 143 to 422) | X | | | |
| 35 | April 25, 2022 Declaration of Gloria J. Fric | X | | | |
| 36 | July 15, 2021 Plaintiff's Original Petition Filed in the District Court of Victoria County, Texas | | | | |
| 37 | October 29, 2021 Plaintiff's Initial Disclosures | | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 38 | April 27, 2022 Plaintiff's Partial Motion for Summary Judgment | | | | |
| 39 | June 21, 2022 Plaintiff's Reply in Support of Partial Motion for Summary Judgment | | | | |
| 40 | November 6, 2020 Allstate Life Claim New Loss Report (Allstate 76 to 81) | X | | | |
| 41 | November 30, 2020 Letter from Allstate to Plaintiff's Counsel (Fric 1) | X | | | |
| 42 | April 13, 2021 Letter from Plaintiff's Counsel to Allstate (Allstate 148 to 149) | X | | | |
| 43 | April 22, 2021 Allstate Email Chain Regarding EFT Authorization (Allstate 274 to 275) | X | | | |
| 44 | June 7, 2021 Letter from Allstate to Plaintiff's Counsel (Allstate 264) | X | | | |
| 45 | Allstate Claim Notes (Allstate 277 to 278) | X | | | |
| 46 | Excerpts of Videotape Deposition of Plaintiff Gloria Fric | X | | | |

| | |
|---|---|
| Dated: September 29, 2022 | Respectfully Submitted, |

               s/ *Louis F. Mendez*
               David P. Donahue (admitted *pro hac vice*)
               Louis F. Mendez (admitted *pro hac vice*)
               BRESSLER, AMERY & ROSS, P.C.
               2001 Park Place, Suite 1500
               Birmingham, AL 35203
               Telephone: (205) 719 0400
               Email: ddonahue@bressler.com
                    lmendez@bressler.com

               and

               Donald R. Littlefield, Esq.
               Texas Bar No. 12427350
               Susan A. Logsdon, Esq.
               Texas Bar No. 00999300
               BRESSLER, AMERY & ROSS, P.C.
               3700 Buffalo Speedway, Suite 1020
               Houston, TX 77098
               Tel.: 713-403-6400
               Email: dlittlefield@bressler.com
                    slogsdon@bressler.com

               *Attorneys for Defendant*
               *Allstate Life Insurance Company*

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing served on the following via the Court's CM/ECF system on September 29, 2022:

Jim Cole, Esq.
COLE, COLE, EASLEY & SCIBA, P.C.
302 West Forrest Street
Victoria, TX 77901
jcole@colefirmservice.com

*Attorneys for Plaintiff*

               s/ *Louis F. Mendez*
               Louis F. Mendez