UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **GLORIA FRIC,** § § **Plaintiff,** § § **v.** § § **ALLSTATE LIFE INSURANCE** § **COMPANY,** § § **Defendant.** § § | Civil Case No. 6:21-CV-42 |

**TRIAL WITNESS LIST OF DEFENDANT**

| No. | Witness Name | Witness Address |
|---|---|---|
| 1. | Plaintiff Gloria Fric | c/o Jim Cole and Samuel Cole<br>COLE, COLE, EASLEY & SCIBA, P.C.<br>302 W. Forrest Street<br>Victoria, Texas 77901 |
| | ☒ Live    ☐ Deposition<br>☒ Fact    ☐ Expert    ☐ Record Custodian<br>*Brief description of witness capacity and testimonial topics:*<br>Ms. Fric is expected to testify regarding the Policy, Allstate's communications with her and David Fric, the premium history for the Policy, the EFT Authorization, the lapse of the Policy, Allstate's handling of her claim, Allstate's denial of her claim, and her claims asserted against Allstate in this proceeding. | |
| 2. | Roland Grote, Agent | 4702 N. Laurent Street<br>Suite A<br>Victoria, TX 77904 |
| | ☒ Live    ☐ Deposition<br>☒ Fact    ☐ Expert    ☐ Record Custodian<br>*Brief description of witness capacity and testimonial topics:*<br>Mr. Grote is expected to testify regarding the Policy, his communications with Plaintiff and David Fric, and the EFT Authorization form. | |

1

| 3. | Janet Dever, Corporate Representative for Allstate | c/o David P. Donahue and Louis F. Mendez<br>Bressler, Amery & Ross, P.C.<br>2001 Park Place, Suite 1500<br>Birmingham, AL 35203<br>205-719-0400 |
|---|---|---|
| | ☒ Live    ☐ Deposition<br><br>☒ Fact    ☐ Expert    ☐Record Custodian<br><br>*Brief description of witness capacity and testimonial topics:*<br><br>Ms. Dever is expected to testify regarding the Policy, Allstate's communications with Plaintiff and David Fric, mailing of correspondence and notices to Plaintiff and David Fric, the premium history for the Policy, the EFT Authorization form, the lapse of the Policy, Allstate's claims-handling policies and procedures, Allstate's handling of Plaintiff's claim, and Allstate's denial of Plaintiff's claim. | |

Dated: September 29, 2022

Respectfully Submitted,

s/ Louis F. Mendez
David P. Donahue (admitted *pro hac vice*)
Louis F. Mendez (admitted *pro hac vice*)
BRESSLER, AMERY & ROSS, P.C.
2001 Park Place, Suite 1500
Birmingham, AL 35203
Telephone: (205) 719 0400
Email: ddonahue@bressler.com
           lmendez@bressler.com

and

Donald R. Littlefield, Esq.
Texas Bar No. 12427350
Susan A. Logsdon, Esq.
Texas Bar No. 00999300
BRESSLER, AMERY & ROSS, P.C.
3700 Buffalo Speedway, Suite 1020
Houston, TX 77098
Tel.: 713-403-6400
Email: dlittlefield@bressler.com
           slogsdon@bressler.com

*Attorneys for Defendant*
*Allstate Life Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing served on the following via the Court's CM/ECF system on September 29, 2022:

Jim Cole, Esq.
Sam Cole, Esq.
COLE, COLE, EASLEY & SCIBA, P.C.
302 West Forrest Street
Victoria, TX 77901
jcole@colefirmservice.com

*Attorneys for Plaintiff*

                                          *s/ Louis F. Mendez*
                                          Louis F. Mendez