UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **GLORIA FRIC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Case No. 6:21-CV-42 |
| **ALLSTATE LIFE INSURANCE COMPANY,** | § § § | |
| Defendant. | § | |

### TRIAL DEPOSITION DESIGNATIONS OF DEFENDANT

Plaintiff Gloria Fric Video Deposition, June 30, 2022

| Start Page:Line | End Page:Line |
|---|---|
| 12:17 | 13:4 |
| 21:19 | 23:23 |
| 27:2 | 28:11 |
| 29:16 | 30:9 |
| 42:11 | 43:5 |
| 46:2 | 46:12 |
| 54:4 | 55:3 |
| 60:21 | 61:19 |
| 62:6 | 62:17 |
| 79:3 | 83:2 |
| 83:22 | 91:11 |
| 94:15 | 96:9 |
| 98:10 | 99:13 |
| 100:16 | 108:12 |
| 114:14 | 117:17 |

| Start Page:Line | End Page:Line |
|---|---|
| 119:4 | 119:17 |
| 129:4 | 130:19 |
| 136:10 | 137:17 |
| 171:13 | 173:18 |
| 175:17 | 176:20 |

Dated: September 29, 2022

Respectfully Submitted,

*s/ Louis F. Mendez*
David P. Donahue (admitted *pro hac vice*)
Louis F. Mendez (admitted *pro hac vice*)
BRESSLER, AMERY & ROSS, P.C.
2001 Park Place, Suite 1500
Birmingham, AL 35203
Telephone: (205) 719 0400
Email: ddonahue@bressler.com
           lmendez@bressler.com

and

Donald R. Littlefield, Esq.
Texas Bar No. 12427350
Susan A. Logsdon, Esq.
Texas Bar No. 00999300
BRESSLER, AMERY & ROSS, P.C.
3700 Buffalo Speedway, Suite 1020
Houston, TX 77098
Tel.: 713-403-6400
Email: dlittlefield@bressler.com
           slogsdon@bressler.com

*Attorneys for Defendant*
*Allstate Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing served on the following via the Court's CM/ECF system on September 29, 2022:

Jim Cole, Esq.
Sam Cole, Esq.
COLE, COLE, EASLEY & SCIBA, P.C.
302 West Forrest Street
Victoria, TX 77901
jcole@colefirmservice.com

*Attorneys for Plaintiff*

>*s/ Louis F. Mendez*
>Louis F. Mendez