United States District Court
Southern District of Texas
**ENTERED**
March 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| GLORIA FRIC, § § Plaintiff, § § v. § § ALLSTATE LIFE INSURANCE § COMPANY, § § Defendant. § | Civil Action No. 6:21-CV-00042 |

# FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order signed by the Court on this date, the Court finds that there are no genuine issues of material fact with respect to any of Plaintiff's claims, and the Defendants are entitled to judgment as a matter of law.

Accordingly, the Plaintiff's claims against the Defendants are **DISMISSED WITH PREJUDICE**. All relief requested by Plaintiff is denied. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT**.

Signed on March 26, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**